UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DONALD COE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:24-cv-119 |
| v. ) | |
| ) | |
| MARK BLUME and ) | |
| HIRSCHBACH MOTOR LINE, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

Defendants Mark Blume ("Blume") and Hirschbach Motor Line, Inc. ("Hirschbach"), by counsel, and pursuant to 28 U.S.C. §1332, file their Notice of Removal of the captioned matter to the United States District Court for the Southern District of Indiana, Terre Haute Division, from the Vigo Superior Court 3, Indiana, and state as follows:

1. Blume and Hirschbach are defendants in a personal injury action now pending in the Vigo Superior Court 3 under Cause No. 84D03-2402-CT-000942.

2. Plaintiff filed his Complaint in the Vigo Superior Court 3 on February 14, 2024.

3. All Defendants that have been served with the Summons and Complaint to date consent to the removal of this lawsuit to the United States District Court for the Southern District of Indiana, Terre Haute Division, from the Vigo Superior Court 3, Indiana.

4. Plaintiff's Complaint is subject to removal on the grounds of diversity jurisdiction pursuant to 28 U.S.C. §1332.

5. Plaintiff is a citizen of the State of Indiana.

6. Hirschbach is a corporation, organized under the laws of the State of Iowa, with its principal place of business in the State of Iowa. As such, Hirschbach is a citizen of the State of Iowa.

7. Blume is a citizen of the State of Nebraska.

8. The controversy in this cause of action is entirely between citizens of different states.

9. While Plaintiff's Complaint seeks an unspecified amount of damages, Plaintiff refused to admit that his damages are less than $75,000.00. (See attached Exhibit A). Therefore, the amount in controversy exclusive of interest and costs is greater than $75,000, the jurisdictional threshold required by 28 U.S.C. §1332(a).

10. Attached hereto as Exhibit B is a complete copy of the Plaintiff's Appearance, Summons (Blume), Summons (Hirschbach), Complaint, Defendants' Appearance, Defendants' Trial Rule 12(B)(3) Motion to Dismiss, Order Setting Hearing, Plaintiff's Response to Defendants' Motion to Dismiss, Order Denying Defendants' Motion to Dismiss, Defendants' Motion to Reconsider Order Denying Trial Rule 12(B)(3) Motion to Dismiss, Order for Plaintiff's to Respond, Plaintiff's Response to Defendants' Motion to Reconsider Order Denying Trial Rule 12(B)(3) Motion to Dismiss, Order Denying Defendants' Motion to Reconsider Order Denying Trial Rule 12(B)(3) Motion to Dismiss, and

Answer, Affirmation Defenses and Demand for Trial by Jury. These documents constitute all of the pleadings and process on file with the Vigo Superior Court 3 of the date of this filing of this Notice of Removal.

11. Attached hereto as Exhibit C is a separate copy of Plaintiff's Complaint filed on February 14, 2024.

12. Attached hereto as Exhibit D is the current Vigo Superior Court 3 docket.

13. Upon receiving a file-marked copy of this Notice of Removal, Defendants will serve the same upon Plaintiff and also file a copy with the Clerk of the Vigo Superior Court 3.

    Respectfully submitted,

    WHITTEN LAW OFFICE

    ***/s/Christopher R. Whitten***
    Christopher R. Whitten/20429-49
    Nicholas E. Whitten/#36410-41
    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 10, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    John P. Nichols
    NICHOLS LAW OFFICE
    thankssf@aol.com
    *Counsel for Plaintiff*

                                **/s/Christopher R. Whitten**
                                Christopher R. Whitten

WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317-362-0225
Fax:  317-362-0151
cwhitten@indycounsel.com
nwhitten@indycounsel.com